IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BOBBY DON HENRY                                                                           PETITIONER
ADC #112048

V.                                        NO. 5:10-cv-00372 JLH-JWC

RAY HOBBS, Director,                                                                      RESPONDENT
Arkansas Department of Correction

### ORDER

Petitioner, a state prisoner proceeding pro se, brings this 28 U.S.C. § 2254 petition for writ of habeas corpus and supporting filings (docs. 1-3). Pursuant to the Court's order of January 3, 2011 (doc. 4), Petitioner has now submitted the $5.00 statutory filing fee (doc. 6). *See* Rule 3(a)(1), Rules Governing § 2254 Cases in United States District Courts. The Clerk of the Court is directed to serve, by regular mail, a copy of the petition and supporting filings (docs. 1-3), and this order, on Respondent and the Arkansas Attorney General. Respondent is directed to file an answer, motion or other response within twenty-one (21) days after service of the petition, exclusive of the day of service. *See* § 2254 Rules 4 & 5.

IT IS SO ORDERED this 24th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE