IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BOBBY DON HENRY                                                                                           PLAINTIFF
ADC #112048

v.                                          No. 5:10CV00372 JLH/JWC

RAY HOBBS, Director,
Arkansas Department of Correction                                                          DEFENDANT

## ORDER

Bobby Don Henry has filed a motion for an extension of time within which to file objections to the proposed findings and recommendations submitted by United States Magistrate Jerry W. Cavaneau on April 15, 2011. The motion is GRANTED. Document #18. The time within which Henry must submit his objections is extended up to and including May 17, 2011.

IT IS SO ORDERED this 25th day of April, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE