IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BOBBY DON HENRY                                                                    PETITIONER
ADC #112048

V.                                         NO. 5:10-cv-00372 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                                         RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus, thereby dismissing this action in its entirety with prejudice. Furthermore, a certificate of appealability is denied, as Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2); Rule 11, Rules Governing § 2254 Cases in United States District Courts; *see Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (to satisfy § 2253(c) when habeas petition is denied on procedural grounds, petitioner must show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling").

IT IS SO ORDERED this 25th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE